UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Noel L. Hillman |
| v. | : | Crim. No. 08-386 |
| SHANNON VENABLE | : | **ORDER** |

This matter having been brought pursuant to a Petition filed by the United States Probation Office, and the Court having found defendant Shannon Venable guilty of Count One of the Petition,

WHEREFORE, IT IS ORDERED on this 16th day of December 2016, that the defendant is sentenced as follows:

1. The defendant's previous term of supervised release is hereby revoked;

2. The defendant is to serve a term of imprisonment of one day;

3. Following completion of his term of imprisonment, the defendant will be placed under the supervision of the United States Probation Office for a period of one year;

4. The new term of supervised release will be instated retroactively, beginning on the date that the defendant's previous term of supervised release expired (i.e., June 3, 2016);

1

5. The conditions of the new term of supervised release will remain the same as the conditions of the defendant's previous term of supervised release; and

6. Pursuant to the Government's motion, Counts Two and Three of the Petition are hereby dismissed.

*Noel L. Hillman*
_____
HON. NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE